UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

TROY ALLEN LEFFEW     CASE NUMBER: 14-32473
HEATHER ANNE LEFFEW     CHAPTER 13
Debtors

## SPECIAL ORDER CONFIRMING CHAPTER 13 PLAN

At South Bend, Indiana on

On September 23, 2014, Troy and Heather Leffew, by counsel, filed their Chapter 13 Plan ("Plan").

Based on the certificate of service filed with the Plan, the Court finds that the Trustee timely served a copy of the Plan and a copy of this Court's Order fixing the last date to object to confirmation upon all creditors and parties in interest listed on the matrix.

Trustee Debra L. Miller was the only party in interest who timely filed an objection to confirmation of the Debtors' Plan. On December 18, 2014, the Court held a hearing on confirmation of the Plan at which time Debra L. Miller, Trustee, advised the Court of an agreement that had been reached with the Debtors, thereby satisfying the Trustee's objections to confirmation.

Reviewing the Debtors' Plan and the terms of the parties' agreement, the Court concludes that the Plan, as modified, complies with all of the requirements of 11 U.S.C. §1325. The Court therefore confirms the Plan, as modified to provide that:

1. All priority claims will be paid as allowed unless otherwise defeated.

2. All property will remain vested in the estate until dismissal, discharge, or further Order from the Court.

3. Debtors shall report to the Trustee upon completion of child support payments and shall step-up their Plan payments at that time to offset child support payments no longer being made.

4. Debtors shall report to the Trustee upon completion of preschool expenses for their children and shall step-up their Plan payments at that time to offset preschool payments no longer being made.

5. Debtors have a Kirby Vacuum that shall be surrendered to United Consumer Financial Services Kirby Cleaning System. United Consumer Financial Services Kirby Cleaning System has the right to file a deficiency claim. Any properly filed and allowed deficiency claim shall be paid along with unsecured creditors under the terms of Debtor' Plan.

6. In order to meet the best interests of creditors test, Debtors' unsecured creditors will receive a minimum amount equal to 73% of the Debtor's 2014 combined tax refunds, less any earned income credit, plus $5,000 which is the total amount received by Debtors through an inheritance.

7. Beginning with the 2014 taxes, Debtors will turn over all tax refunds in excess of $500.00 less any earned income credit, for the first three years of the Plan. These funds will be an additional amount to the base amount.

8. The secured claim of the first mortgage holder on the real property that is the Debtors' residence, Fifth Third Mortgage Company, shall be paid as filed and allowed.

9. The secured mortgage arrears claim filed by Fifth Third Mortgage Company shall be paid as filed and allowed.

10. The secured claim of the second mortgage holder on the real property that is the Debtors' residence, First Farmers Bank and Trust, shall be paid as filed and allowed.

11. The secured mortgage arrears claim filed by First Farmers Bank & Trust shall be paid as filed and allowed.

12. The Debtors income shall be reviewed every year on May 1 upon receipt of Debtors' previous years tax returns and the Plan payment shall be increased as necessary to ensure Debtors are paying their full disposable income.

13. In order to ensure Debtors are paying their disposable income, Plan payments shall be $2,000.00 per month beginning with the January 2015 Plan payment and continuing for the remainder of the Plan term with $1,299.67 of the payment for non-conduit mortgage payments each month. Upon notice of a monthly conduit payment change, Debtors have a duty to change their monthly payment accordingly.

All other provisions of the Debtors' Plan not in conflict with the foregoing modifications remain in full force and effect.

The Court further orders that the Debtors' attorney is awarded a fee of $2,400.00 as an administrative expense under 11 U.S.C §503(b)(1)(A), of which $1,200.00 is due and payable from the estate.

APPROVED:

/s/ Debra L. Miller, Trustee                 /s/ Michael Sheehan
Debra L. Miller, Chapter 13 Trustee        Michael Sheehan
Katherine E. Iskin FBN 73023,            Attorney for Debtors
Staff Attorney for Debra L. Miller          450 Vale Park Road, Suite K

14-32473 Leffew
Confirmation Order

Jon R. Rogers, (27701-40),  Valparaiso, IN 46385
Staff Attorney for Debra L. Miller  (219) 462-0606
PO Box 11550
South Bend, IN  46634
(574) 251-1493

      SO ORDERED.

                              _____
                              HARRY C. DEES, JR., JUDGE
                              UNITED STATES BANKRUPTCY COURT